UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
XIAMIN ZENG,

                              Plaintiff,                    17-CV-9988 (JMF)

       -v-                                             ORDER

DANA AUGUSTIN, PAULA PARKS, and KRISTEN
HARTMAN,

                            Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On March 20, 2019, the Court issued a Memorandum Opinion and Order granting Defendants' motions to dismiss and dismissing Plaintiff's Complaint in its entirety. *See* Docket No. 55. On March 28, 2019, Plaintiff submitted a motion for reconsideration of that Order. *See* Docket No. 59. As Plaintiff presents no valid grounds for reconsideration, the motion is DENIED. *See, e.g.*, *Analytical Surveys, Inc. v. Tonga Partners, L.P.*, 684 F.3d 36, 52 (2d Cir. 2012) ("It is well-settled that [a motion for reconsideration] is not a vehicle for relitigating old issues, presenting the case under new theories, securing a rehearing on the merits, or otherwise taking a second bite at the apple. Rather, the standard for granting a . . . motion for reconsideration is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked." (internal quotation marks, citations, ellipsis, and alterations omitted)).

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and *in forma pauperis* status is thus denied. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      The Clerk of Court is directed to terminate Docket No. 59 and to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: April 1, 2019
       New York, New York

                                                         JESSE M. FURMAN
                                                    United States District Judge